particular loans should not be made. The order should therefore be affirmed, with $10 costs and disbursements.

BERTSCH, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) Action by George Bertsch against the Metropolitan Street Railway Company. No opinion. Motion denied.

BLOOMINGDALE, Respondent, v. LUCHOW et al., Appellants. (Supreme Court, Appellate Division, First Department. March 7, 1902.) Action by Lyman G. Bloomingdale against August Luchow and another. No opinion. Order affirmed, with costs to each of the respondents appearing on this appeal.

In re BOARD OF RAPID TRANSIT COM'RS FOR CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) In the matter of the application of the board of rapid transit commissioners for the city of New York for the appointment of commissioners, etc. No opinion. Fees of commissioners fixed at $1,000 each.

BOUGHTON v. PETIGNY et al. (Supreme Court, Appellate Division, First Department. February 21, 1902.) Action by Henry L. Boughton against Edmund C. Petigny and another. No opinion. Motion denied.

BOYLE & EVARTS CO. v. FOX et al. (Supreme Court, Appellate Division, First Department. March 14, 1902.) Action by the Boyle & Evarts Company against John D. Fox and another. No opinion. Motion denied, upon payment of $10 costs, and, upon payment of an additional $10, leave given to apply to the court below to open default.

BREED et al., Appellants, v. RUOFF et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 19, 1902.) Action by William C. Breed and Clifford W. Hartridge, as receivers of the New York National Building & Loan Association against Leonard Ruoff, Sr., and Francis Ruoff. No opinion. Interlocutory judgment affirmed, with costs.

BREESE et al., Appellants, v. GRAVES et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 11, 1902.) Action by Sidney B. Breese and another against Maurice A. Graves and another. No opinion. Order affirmed, with $10 costs and disbursements.

In re BREZ. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) In the matter of the appraisal, etc., of the property of John D. Brez, deceased. No opinion. Order of surrogate's court of Kings county affirmed, with $10 costs and disbursements.

BUTLER, Respondent, v. HAWLEY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 18, 1902.)

Action by Alice H. Butler against William H. Hawley and another. No opinion. Order affirmed, with $10 costs and disbursements.

CARTER, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) Action by Robert Carter against the Metropolitan Street Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

CENTRAL BANK OF ROCHESTER, Appellant, v. KIMBALL et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 28, 1902.) Action by the Central Bank of Rochester against Laura M. Kimball and another. No opinion. Order affirmed, with $10 costs and disbursements.

CENTRAL TRUST CO. OF NEW YORK, Respondent, v. NEW YORK & W. WATER CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) Action by the Central Trust Company of New York against the New York & Westchester Water Company and others. No opinion. Order affirmed by default, with $10 costs and disbursements.

CHAMBERLAIN, Appellant, v. CUMING, Respondent. (Supreme Court, Appellate Division, Second Department. March 14, 1902.) Action by Mary L. Chamberlain, as trustee, etc., against Mari A. Cuming. No opinion. Motion denied.

In re CHASE. (Supreme Court, Appellate Division, Fourth Department. March 18, 1902.) In the matter of the judicial settlement of the estate of Philip Chase, deceased. No opinion. Decree of surrogate's court affirmed, with costs against the appellant personally.

CITY OF BUFFALO v. DELAWARE, L. & W. R. CO. (Supreme Court, Appellate Division, Fourth Department. March 18, 1902.) Action by the city of Buffalo against the Delaware, Lackawanna & Western Railroad Company. No opinion. Motion for reargument denied, with $10 costs.

CITY OF ROCHESTER, Respondent, v. ROCHESTER BILL POSTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 25, 1902.) Action by the city of Rochester against the Rochester Bill Posting Company. No opinion. Judgment affirmed, with costs.

CLARK et al., Respondents, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 11, 1902.) Action by William P. Clark and another against the Erie Railroad Company. No opinion. Judgment and order affirmed, without costs of this appeal to either party.

CLARK, Appellant, v. SMITH, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 18, 1902.) Action by Isaac